## Commonwealth v. Price, Appellant.

Submitted April 10, 1967. *Alphonso Price*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.